518

371 A.2d 502
Bayo, Appellant, v. Palmer et al.

Argued September 13, 1976.   Erwin Miller, with him Kanter, Bernstein & Miller, for appellant;  Charles B. Burr, II, and Roland M. Frye, Jr., with them Allan H. Starr, and Obermayer, Rebmann, Maxwell & Hippel, for appellees.

Order affirmed.

371 A.2d 502
Bucher v. Herman, Appellant.

Argued September 17, 1976.   Stephen Cohen, submitted a brief for appellant;  Leonard R. Apfelbaum, with him Andrew M. Pipa, Jr., for appellee.

Order affirmed.